CO-386-online
10/03

# United States District Court
# For the District of Columbia

Public Citizen, Inc. )
)
)
)
vs    Plaintiff )    Civil Action No._____
)
Office of Management and Budget )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Public Citizen, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Public Citizen, Inc.  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

490928
_____
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
_____
Print Name

1600 20th St., NW
_____
Address

Washington, DC 20009
_____
City         State         Zip Code

(202) 588-1000
_____
Phone Number