CO-386-online
10/03

# United States District Court
# For the District of Columbia

Public Citizen, Inc.                )
                                    )
                                    )
                                    )
            Plaintiff               )   Civil Action No. __07-409 (RCL)__
    vs                              )
                                    )
Office of Management and Budget     )
                                    )
                                    )
            Defendant               )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Public Citizen, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Public Citizen, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

490928
BAR IDENTIFICATION NO.

Adina H. Rosenbaum
Print Name

1600 20th St., NW
Address

Washington, DC  20009
City          State    Zip Code

(202) 588-1000
Phone Number