**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PUBLIC CITIZEN, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 07-0409(RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OFFICE OF MANAGEMENT AND** | ) | |
| **BUDGET,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on this __29th__ day of March, 2007, I caused the foregoing **Entry of Appearance Praecipe** to be served on counsel for plaintiff, postage prepaid, addressed as follows:

> Adina Rosenbaum
> Brian Wolfman
> Public Citizen Litigation Group
> 1600 20th Street, N.W.
> Washington, DC 20009

_____/s/_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney