UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-409 (RCL) |
| ) | |
| OFFICE OF MANAGEMENT AND ) | |
| BUDGET, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Office of Management and Budget ("OMB"), by counsel, respectfully moves for a thirty day extension of time, to and including April 30, 2007, within which to respond to plaintiff's Complaint. This is Defendant's counsel's first request for an enlargement of time for this purpose. Undersigned counsel spoke with counsel for plaintiff, who provided consent to the requested extension of time. For cause, Defendant states as follows:

The OMB agency counsel only received notice of this lawsuit on March 26, 2007, as a result of a clerical error. As of the time of filing this motion, agency counsel is in the process of obtaining the relevant files regarding the history of this matter. Defendant requests additional time to review this information once it is obtained and to prepare and file a dispositive motion in response to plaintiff's Complaint.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: March 29, 2007.

        Respectfully submitted,

        \_\_\_/s\_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        \_\_\_\_/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        \_\_/s/_____
        ALEXANDER D. SHOAIBI,
        Assistant United States Attorney
        5O1 Third Street, N.W., Rm E-4818
        Washington, D.C.  20530
        (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __29th__ day of March, 2007, I caused the foregoing **Consent Motion for Enlargement of Time** to be served on counsel for plaintiff, postage prepaid, addressed as follows:

> Adina Rosenbaum
> Brian Wolfman
> Public Citizen Litigation Group
> 1600 20th Street, N.W.
> Washington, DC 20009

> /s/
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney

Case 1:07-cv-00409-RCL    Document 5    Filed 03/29/2007    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, )<br>)<br>Defendant. ) | Civil Action No. 07-409 (RCL) |

# ORDER

**UPON CONSIDERATION** of defendant's consent motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before April 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007