UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., )<br><br>　　　Plaintiff, )<br><br>v. )<br><br>OFFICE OF MANAGEMENT AND )<br>BUDGET, )<br><br>　　　Defendant. ) | Civil Action No. 1:07-409 (RCL) |

## ORDER

Upon consideration of defendant's consent motion [5] for enlargement of time to respond to plaintiff's complaint, it is hereby

ORDERED that the motion [5] is GRANTED; and it is further

ORDERED that defendant shall file its response to plaintiff's complaint on or before April 30, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.