UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC.            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | Civil Action No. 07-409 (RCL) |
| ) | |
| OFFICE OF MANAGEMENT AND  ) | |
| BUDGET,            ) | |
| ) | |
| Defendant.            ) | |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Office of Management and Budget ("OMB"), by counsel, respectfully moves for a two week extension of time, to and including May 14, 2007, within which to respond to plaintiff's Complaint. This is Defendant's counsel's second request for an enlargement of time for this purpose. Undersigned counsel spoke with counsel for plaintiff, who provided consent to the requested extension of time as part of a proposed briefing schedule that is being filed separately by the parties. The requested enlargement is merited because defendant needs more time to complete the necessary Vaughn index and declaration. Defendant has been diligently working on the above documents during the additional time already provided by the Court, and is confident that the dispositive motion will be ready to file by May 14, 2007.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

Dated: April 30, 2007.

                              Respectfully submitted,

                             ___/s_/_____
                             JEFFREY A. TAYLOR, D.C. BAR #498610
                             United States Attorney


                             _____/s/_____
                             RUDOLPH CONTRERAS, D.C. Bar # 434122
                             Assistant United States Attorney


                             __/s/_____
                             ALEXANDER D. SHOAIBI,
                             Assistant United States Attorney
                             5O1 Third Street, N.W., Rm E-4818
                             Washington, D.C.  20530
                             (202) 514-7236

\

## CERTIFICATE OF SERVICE

I hereby certify that on this __26th__ day of April, 2007, I caused the foregoing **Second Consent Motion for Enlargement of Time** to be served on counsel for plaintiff, postage prepaid, addressed as follows:

> Adina Rosenbaum
> Brian Wolfman
> Public Citizen Litigation Group
> 1600 20th Street, N.W.
> Washington, DC 20009

> __/s/_____
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-409 (RCL) |
| ) | |
| OFFICE OF MANAGEMENT AND ) | |
| BUDGET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of defendant's second consent motion for enlargement of time to respond to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its response to plaintiff's complaint on or before May 14, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007