UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-409 (RCL) |
| | ) | |
| OFFICE OF MANAGEMENT AND BUDGET | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR A BRIEFING SCHEDULE**

This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  The

parties agree that it is likely that the case will be resolved through dispositive motions.

Therefore, the parties jointly move the Court to enter the following briefing schedule:

1.  Defendant will file a Vaughn Index and dispositive motion by May 14, 2007;

2.  Plaintiff will file an opposition and cross-motion by June 13, 2007;

3.  Defendant will file an opposition and reply by July 13, 2007;

4.  Plaintiff will file a reply by August 3, 2007.

Pursuant to this Court's Local Rule 7.1(c), a proposed order consistent with this motion is

attached herewith.

Dated: April 26, 2007

Respectfully submitted,


/s/                                        

Jeffrey A. Taylor, D.C. Bar #498610

/s/                                        

Adina H. Rosenbaum, D.C. Bar #490928

United States Attorney

 /s/_____
Rudolph Contreras, D.C. Bar # 434122
Assistant United States Attorney

 /s/_____
Alexander D. Shoaibi
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C. 20530
(202) 514-7236

Counsel for Defendant

Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C.  20009
(202) 588-1000

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PUBLIC CITIZEN, INC.                          )
                                              )
                  Plaintiff,                  )
                                              )
v.                                            )        Civil Action No. 07-409 (RCL)
                                              )
OFFICE OF MANAGEMENT AND BUDGET               )
                                              )
                  Defendant.                  )
_____)

**ORDER**

Upon consideration of the parties' Joint Motion for a Briefing Schedule, it is hereby

ORDERED that:

1. Defendant will file a Vaughn Index and dispositive motion by May 14, 2007;

2. Plaintiff will file an opposition and cross-motion by June 13, 2007;

3. Defendant will file an opposition and reply by July 13, 2007;

4. Plaintiff will file a reply by August 3, 2007.


Dated:


                                              _____
                                              United States District Judge