UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:07-409 (RCL) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of the parties' Joint Motion [8] for a Briefing Schedule, it is hereby ORDERED that:

1. Defendant will file a Vaughn Index and dispositive motion by May 14, 2007;

2. Plaintiff will file an opposition and cross-motion by June 13, 2007;

3. Defendant will file an opposition and reply by July 13, 2007;

4. Plaintiff will file a reply by August 3, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.