UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-409 (RCL) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's second consent motion [7] for enlargement of time to respond to plaintiff's complaint, it is hereby

ORDERED that the motion [7] is GRANTED, and that defendant shall file its response to plaintiff's complaint on or before May 14, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.