UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PUBLIC CITIZEN, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-409 (RCL) |
| | ) | |
| **OFFICE OF MANAGEMENT AND BUDGET,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO OPPOSE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Office of Management and Budget ("OMB"), by counsel, respectfully moves for a thirty day extension of time, to and including August 13, 2007, within which to file its reply to plaintiff's opposition to defendant's motion for summary judgment and its opposition to plaintiff's cross-motion for summary judgement. This is Defendant's first request for an enlargement of time for this purpose. Undersigned counsel spoke with counsel for plaintiff, who provided consent to the requested extension of time. For cause, Defendant states as follows:

Since receiving plaintiff's opposition and cross-motion, defendant has been working diligently on its reply and opposition briefs. Because of issues raises in plaintiff's opposition and cross-motion, undersigned counsel is in the process of working with agency officials on supplemental declarations addressing those issues. Defendant requests this additional time to prepare these declarations, and to finalize its position with regard to plaintiff's arguments as to each of the documents at issue in plaintiff's request under the Freedom of Information Act.

Undersigned counsel spoke with counsel for plaintiff regarding this request for an extension of time to file defendant's reply and opposition, and counsel for plaintiff consented to the requested thirty day extension. Defendant, on plaintiff's request, also moves that plaintiff be granted a thirty day extension of time to September 4, 2007 in which to file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment. The requested enlargements of time would be in the interests of justice and not result in unfair prejudice to either party.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: June 10, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this **10th** day of July, 2007, I caused the foregoing **Consent Motion for Enlargement of Time** to be served on counsel for plaintiff, postage prepaid, addressed as follows:

>Adina Rosenbaum
>Brian Wolfman
>Public Citizen Litigation Group
>1600 20th Street, N.W.
>Washington, DC 20009

>  /s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PUBLIC CITIZEN, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-409 (RCL) |
| | ) | |
| **OFFICE OF MANAGEMENT AND BUDGET,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**UPON CONSIDERATION** of defendant's consent motion for enlargement of time to reply to plaintiff's opposition to defendant's motion for summary judgement and to oppose plaintiff's cross-motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment and its opposition to defendant's cross-motion for summary judgment on or before August 13, 2007; furthermore, it is hereby **ORDERED** that plaintiff shall file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment on or before September 4, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007