## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-409 (RCL) |
| | ) | |
| OFFICE OF MANAGEMENT AND | ) | |
| BUDGET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of defendant's consent motion [14] for enlargement fo time to reply to plaintiff's opposition to defendant's motion for summary judgment and to oppose plaintiff's cross-motion for summary judgment, it is hereby

ORDERED that the motion [14] is GRANTED, and that defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment, and its opposition to defendant's cross-motion for summary judgment on or before August 13, 2007; it is further

ORDERED that plaintiff shall file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment on or before September 4, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 11, 2007.