UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, )<br>)<br>    Defendant. ) | Civil Action No. 07-409 (RCL) |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO OPPOSE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Office of Management and Budget ("OMB"), by counsel, respectfully moves for an extension of time, to and including September 7, 2007, within which to file its reply to plaintiff's opposition to defendant's motion for summary judgment and its opposition to plaintiff's cross-motion for summary judgement. This is Defendant's second request for an enlargement of time for this purpose. Undersigned counsel spoke with counsel for plaintiff, who provided consent to the requested extension of time. For cause, Defendant states as follows:

Defendant has continued to work diligently on its reply/opposition, and in the process of doing so, has made the determination to provide portions of some of the documents requested to plaintiff. However, previously scheduled vacation arrangements of agency officials and of counsel representing defendant in this case have interfered with the preparation of defendant's reply/opposition, and, specifically, with the finalization of the declaration in support of defendant's reply. The additional time requested by defendant in large part covers weeks when

either counsel or key agency officials will not be in the area to contribute to the defendant's brief and to documentation in support thereof.

Undersigned counsel spoke with counsel for plaintiff regarding this request for an extension of time to file defendant's reply and opposition, and counsel for plaintiff consented to the requested twenty-five day extension to September 7, 2007. Defendant, on plaintiff's request, also moves that plaintiff be granted an additional thirty-one day extension of time to October 5, 2007 in which to file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment. The requested enlargements of time would be in the interests of justice and not result in unfair prejudice to either party.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: August 1, 2007.

                                            Respectfully submitted,

                                            ___/s_/_____
                                            JEFFREY A. TAYLOR, D.C. BAR #498610
                                            United States Attorney

                                            ____/s/_____
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

        \_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this **1st** day of August, 2007, I caused the foregoing **Second Consent Motion for Enlargement of Time** to be served on counsel for plaintiff through the ECF system.

                                                  /s/
                                               ALEXANDER D. SHOAIBI
                                               Assistant United States Attorney

Case 1:07-cv-00409-RCL    Document 16    Filed 08/01/2007    Page 5 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, INC.** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | )   Civil Action No. 07-409 (RCL) |
| | ) |
| **OFFICE OF MANAGEMENT AND BUDGET,** | ) |
| | ) |
|       **Defendant.** | ) |

## ORDER

**UPON CONSIDERATION** of defendant's second consent motion for enlargement of time to reply to plaintiff's opposition to defendant's motion for summary judgement and to oppose plaintiff's cross-motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment and its opposition to defendant's cross-motion for summary judgment on or before September 7, 2007; furthermore, it is hereby **ORDERED** that plaintiff shall file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment on or before October 5, 2007.

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007