UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-409 (RCL) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of defendant's second consent motion [16] for enlargement fo time to reply to plaintiff's opposition to defendant's motion for summary judgment and to oppose plaintiff's cross-motion for summary judgment, it is hereby

ORDERED that the motion [16] is GRANTED, and that defendant shall file its reply to plaintiff's opposition to defendant's motion for summary judgment, and its opposition to defendant's cross-motion for summary judgment on or before September 7, 2007; it is further

ORDERED that plaintiff shall file its reply to defendant's opposition to plaintiff's cross-motion for summary judgment on or before October 5, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 20, 2007.