UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, INC.,** | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 07-0409 (RCL) ) ) |
| **OFFICE OF MANAGEMENT AND BUDGET,** | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT**

    Pursuant to LCvR 7(e), Defendant respectfully moves for permission to exceed the 25-page limit applicable to a reply memorandum in this case. The reply brief itself exceeds the page limit by seven pages. It is necessary for the memorandum to exceed the 25-page limit because of the complexity of the claims advanced in this suit (claims involving the scope of OMB's legislative clearance responsibilities) and the recent developments which have occurred in the case (release of documents and execution of Amended Declaration and Vaughn Index). Defendant's counsel has attempted to address these materials as concisely as reasonably possible under the circumstances.

    Pursuant to LCvR 7(m), Defendant has consulted with Plaintiff's counsel concerning this motion. Plaintiff, through counsel, graciously consent to the relief requested.

WHEREFORE, Defendant respectfully request that the Court waive the page limit for its reply memorandum.

Dated: September 7, 2007          Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on Friday, September 7, 2007, service of **DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT** and proposed order was made by the Court's Electronic Case Filing System to:

Adina Rosenbaum, Esq.
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009


_____/s/_____
ALEXANDER D. SHOAIBI, DC Bar # 423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, INC.,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-0409 (RCL) |
| **OFFICE OF MANAGEMENT AND BUDGET,** | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Consent Motion to Exceed Page Limit. Upon consideration of the Motion, the relevant law, and the entire record, it is hereby this _____ day of _____, 2007,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED that Defendant's Reply Memorandum shall be allowed to exceed the twenty-five (25) page limit by seven (7) pages.

_____
Royce C. Lamberth
United States District Judge