UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-409 (RCL) |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court on defendant's Consent Motion to Exceed Page Limit [18]. Upon consideration of the motion, the relevant law, and the entire record, it is hereby

ORDERED that the motion [18] is GRANTED; and it is further

ORDERED that defendant's Reply Memorandum shall be allowed to exceed the 25 page limit by 7 pages.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 12, 2007.