# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

————————————————————— )
PUBLIC CITIZEN, INC.,                                    )
                                                        )
      Plaintiff,                                     )
                                                        )
v.                                                       )     Civil Action No. 1:07-409 (RCL)
                                                        )
OFFICE OF MANAGEMENT AND                                 )
BUDGET,                                                  )
                                                        )
      Defendant.                                     )
————————————————————— )

## ORDER

It is hereby

     ORDERED, that all responsive documents withheld in part or in full shall be delivered

forthwith to this Court in chambers for *ex parte*, *in camera* review.


     SO ORDERED.


     Signed by Royce C. Lamberth, United States District Judge, October 26, 2007.