UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., </br></br>    Plaintiff, </br></br> v. </br></br> OFFICE OF MANAGEMENT AND BUDGET, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-409 (RCL) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Upon consideration of the defendant's [11] motion for summary judgment, plaintiff's [13] cross-motion for summary judgment, the oppositions thereto, the replies, and this Court's <u>in camera</u> review, it is hereby

ORDERED that defendant's [11] motion for summary judgment shall be GRANTED, and plaintiff's [13] cross-motion shall be DENIED.

Summary judgment is hereby entered for defendant, dismissing this action with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on November 6, 2007.