UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF MANAGEMENT AND BUDGET, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 07-409 (RCL) |

NOTICE OF APPEAL

Plaintiff Public Citizen, Inc., appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order entered on November 6, 2007, granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment.

Dated: December 19, 2007

Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (D.C. Bar No. 490928)
Brian Wolfman (D.C. Bar No. 427491)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC  20009
(202) 588-1000

Counsel for Plaintiff Public Citizen, Inc.