# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 08-5004                                                September Term, 2007

07cv00409

Filed On:

Public Citizen, Inc.,
    Appellant

v.

Office of Management and Budget,
    Appellee



### ORDER

Upon consideration of appellee's unopposed motion for extension of time to file motion for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. The motion for summary affirmance is now due April 3, 2008. Appellant's response will be due May 5, 2008.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Mark Butler
Deputy Clerk